**09 CV 5468**

(RCx), CLOSED, DISCOVERY, TRANSFERRED

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
(Western Division - Los Angeles)
CIVIL DOCKET FOR CASE #: 2:09-cv-02108-AHM-RC

| | |
|---|---|
| Jacqueline Williams v. Edward M. Liddy et al | Date Filed: 03/26/2009 |
| Assigned to: Judge A. Howard Matz | Date Terminated: 06/05/2009 |
| Referred to: Magistrate Judge Rosalyn M. Chapman | Jury Demand: Plaintiff |
| Cause: 15:78m(a) Securities Exchange Act | Nature of Suit: 160 Stockholders Suits |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Jacqueline Williams**
*in the Right of and for the Benefit of American International Group and herself and other Shareholders Of the Class*

represented by **Abe Luca**
Freedom Watch Inc
9701 Wilshire Boulevard Suite 1029
Beverly Hills, CA 90212
310-651-3026
Fax: 310-651-3025
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Larry Klayman**
Klayman & Associates PC
501 School Street SW
Suite 700
Washington, DC 20024
202-646-5160
Email: leklayman@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*



0136

V.

**Defendant**
**Edward M. Liddy**

U.S. DISTRICT COURT FILED JUN 15 2009 S.D. OF N.Y.

represented by **Joseph S Allerhand**
Weil Gotshal and Manges LLP
767 Fifth Avenue
New york, NY 10153
212-310-8000
Fax: 212-310-8007
Email: joseph.allerhand@weil.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE*

**Shon Morgan**
Quinn Emanuel Urquhart Oliver and Hedges
865 S Figueroa Street 10th Floor
Los Angeles , CA 90017
213-443-3000
Fax: 213-443-3100
Email: shonmorgan@quinnemanuel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen A Radin**
Weil Gotshal and Manges
767 Fifth Avenue
New York , NY 10153
212-310-8000
Fax: 212-310-8007
Email: stephen.radin@weil.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Robert B. Willumstad**

**Defendant**
**Martin J. Sullivan**                    represented by **Hyongsoon Kim**
Akin Gump Strauss Hauer and Feld
2029 Century Park Park East Ste 2400
Los Angeles , CA 90067
310-229-1000
Fax: 310-229-1001
Email: kimh@akingump.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Maurice R. Greenberg**

**Defendant**
**Paula R. Reynolds**                    represented by **Joseph S Allerhand**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shon Morgan**
(See above for address)

|  |  |
|---|---|
|  | *LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  | **Stephen A Radin**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** |  |
| Win J. Neuger | represented by **Joseph S Allerhand**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|  | **Shon Morgan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  | **Stephen A Radin**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** |  |
| Edmund S.W. Tse | represented by **Joseph S Allerhand**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|  | **Shon Morgan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  | **Stephen A Radin**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** |  |
| Louis P. Iglesias | represented by **Joseph S Allerhand**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE* |

|  |  |
|---|---|
|  | *ATTORNEY TO BE NOTICED* |
|  | **Shon Morgan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  | **Stephen A Radin**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| Joseph Boren | represented by | **Joseph S Allerhand**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
|  |  | **Shon Morgan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Stephen A Radin**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| Anastasia D. Kelly | represented by | **Joseph S Allerhand**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
|  |  | **Shon Morgan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Stephen A Radin**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

Morris W. Offit

**Defendant**

Michael Sutton

**Defendant**

Richard C. Holbrooke

**Defendant**

James Orr, III

**Defendant**

Martin Feldstein
*PH.D.*

**Defendant**

Virginia Rometty

**Defendant**

Stephen Bollenbach

**Defendant**

Suzanne Johnson

**Defendant**

Dennis Dammerman

**Defendant**

American International Group    represented by    **Joseph S Allerhand**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shon Morgan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen A Radin**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

Timothy Geithner

**Defendant**

Henry Paulson

**Defendant**

Christopher Cox

| Date Filed | # | Docket Text |
|---|---|---|
| 03/26/2009 | 1 | COMPLAINT against Defendants Louis P. Iglesias, Joseph Boren, Anastasia D. Kelly, Morris W. Offit, Michael Sutton, Richard C. Holbrooke, James Orr, III, Martin Feldstein, Virginia Rometty, Stephen Bollenbach, Suzanne Johnson, Dennis Dammerman, American International Group, Edward M. Liddy, Robert B. Willumstad, Martin J. Sullivan, Maurice R. Greenberg, Paula R. Reynolds, Win J. Neuger, Edmund S.W. Tse. (Filing fee $ 350: FEE PAID.) Jury Demanded., filed by plaintiff Jacqueline Williams.(ghap) (ds). (Entered: 03/31/2009) |
| 03/26/2009 |  | 20 DAY Summons Issued re Complaint - (Discovery) 1 as to Defendants Louis P. Iglesias, Joseph Boren, Anastasia D. Kelly, Morris W. Offit, Michael Sutton, Richard C. Holbrooke, James Orr, III, Martin Feldstein, Virginia Rometty, Stephen Bollenbach, Suzanne Johnson, Dennis Dammerman, American International Group, Edward M. Liddy, Robert B. Willumstad, Martin J. Sullivan, Maurice R. Greenberg, Paula R. Reynolds, Win J. Neuger, Edmund S.W. Tse. (ghap) (Entered: 03/31/2009) |
| 03/26/2009 | 2 | CERTIFICATION of Interested Parties filed by Plaintiff Jacqueline Williams, identifying Other Affiliate AIG Financial Products Corp., Other Affiliate AIG SunAmerica Life Assurance Company, Other Affiliate AIG American General Life Companies, Other Affiliate AIG Hawaii Insurance Company, Inc., Other Affiliate AIG Investments, Other Affiliate AIG Retirement Services, Inc., Other Affiliate American General Finance Corporation, Other Affiliate Brazos Capital Management, L.P., Other Affiliate HSB Group, Inc., Other Affiliate SunAmerica Ventures, Inc., Other Affiliate SagePoint Financial, Inc., Other Affiliate Transatlantic Holdings, Inc., Other Affiliate Traansatlantic Re (Brasil) Ltda., Other Affiliate United Guaranty Corporation, Other Affiliate American Life Insurance Company, Other Affiliate Lexington Insurance Company, Other Affiliate AIG Europe (UK) Limited, Other Affiliate 21st Century Insurance Company, Other Affiliate Transatlantic Reinsurance Company, Other Affiliate International Lease Finance Corporation, Other Affiliate The Variable Annuity Life Insurance Company, Other Affiliate AIG Annuity Insurance Company for Jacqueline Williams. (ghap) (ds). (Entered: 03/31/2009) |
| 03/30/2009 | 3 | INITIAL ORDER by Judge A. Howard Matz (se) (Entered: 04/01/2009) |
| 04/08/2009 | 4 | EXPARTE APPLICATION for Extension of Time to File Response to Complaint & Rule 12(b) Motions filed by Defendant American International Group. (Attachments: # 1 Declaration of Shon Morgan, # 2 Proposed Order Extending Time, # 3 Proof of Service)(Morgan, Shon) (Entered: 04/08/2009) |
| 04/08/2009 | 5 | FIRST AMENDED COMPLAINT against defendants Timothy Geithner, Henry Paulson, Christopher Cox, Louis P. Iglesias, Joseph Boren, Anastasia D. Kelly, Morris W. Offit, Michael Sutton, Richard C. Holbrooke, James Orr, III, |

| | | |
|---|---|---|
| | | Martin Feldstein, Virginia Rometty, Stephen Bollenbach, Suzanne Johnson, Dennis Dammerman, American International Group, Edward M. Liddy, Robert B. Willumstad, Martin J. Sullivan, Maurice R. Greenberg, Paula R. Reynolds, Win J. Neuger, Edmund S.W. Tse amending Complaint - (Discovery), 1 filed by plaintiff Jacqueline Williams (lc) (Entered: 04/09/2009) |
| 04/10/2009 | 6 | MINUTES (IN CHAMBERS): ORDER by Judge A. Howard Matz: denying 4 Ex Parte Application for Extension of Time to File Response. (se) (Entered: 04/10/2009) |
| 04/13/2009 | 7 | EX PARTE APPLICATION for Reconsideration re Order on Ex Parte Application for Extension of Time to File a Document 6 *or Clarification or in the Alternative to set a Scheduling Conference This Week* filed by Defendant American International Group.(Morgan, Shon) (Entered: 04/13/2009) |
| 04/13/2009 | 8 | DECLARATION of Shon Morgan in Support Of EX PARTE APPLICATION for Reconsideration re Order on Ex Parte Application for Extension of Time to File a Document 6 *or Clarification or in the Alternative to set a Scheduling Conference This Week* EX PARTE APPLICATION for Reconsideration re Order on Ex Parte Application for Extension of Time to File a Document 6 *or Clarification or in the Alternative to set a Scheduling Conference This Week* 7 filed by Defendant American International Group. (Morgan, Shon) (Entered: 04/13/2009) |
| 04/13/2009 | 9 | JOINDER in EX PARTE APPLICATION for Reconsideration re Order on Ex Parte Application for Extension of Time to File a Document 6 *or Clarification or in the Alternative to set a Scheduling Conference This Week* EX PARTE APPLICATION for Reconsideration re Order on Ex Parte Application for Extension of Time to File a Document 6 *or Clarification or in the Alternative to set a Scheduling Conference This Week* 7 *Outside Director Defendants Joinder To Defendant AIGs Ex Parte Application For Clarification Or Reconsideration, Or In The Alternative To Set A Scheduling Conference This Week* filed by Defendants Morris W. Offit, Michael Sutton, Richard C. Holbrooke, James Orr, III, Martin Feldstein, Virginia Rometty, Stephen Bollenbach, Suzanne Johnson, Dennis Dammerman, Robert B. Willumstad. (Agam, Nathan) (Entered: 04/13/2009) |
| 04/13/2009 | 10 | OF SERVICE filed by Defendant American International Group, re EX PARTE APPLICATION for Reconsideration re Order on Ex Parte Application for Extension of Time to File a Document 6 *or Clarification or in the Alternative to set a Scheduling Conference This Week* EX PARTE APPLICATION for Reconsideration re Order on Ex Parte Application for Extension of Time to File a Document 6 *or Clarification or in the Alternative to set a Scheduling Conference This Week* 7 served on April 13, 2009. (Morgan, Shon) (Entered: 04/13/2009) |
| 04/13/2009 | 11 | PROOF OF SERVICE filed by Defendant American International Group, re EX PARTE APPLICATION for Reconsideration re Order on Ex Parte Application for Extension of Time to File a Document 6 *or Clarification or in the Alternative to set a Scheduling Conference This Week* EX PARTE APPLICATION for Reconsideration re Order on Ex Parte Application for Extension of Time to File a Document 6 *or Clarification or in the Alternative to* |

| | | |
|---|---|---|
| | | *set a Scheduling Conference This Week* 7 served on April 13, 2009. (Morgan, Shon) (Entered: 04/13/2009) |
| 04/13/2009 | 12 | PROOF OF SERVICE filed by DEFENDANTS Morris W. Offit, Michael Sutton, Richard C. Holbrooke, James Orr, III, Martin Feldstein, Virginia Rometty, Stephen Bollenbach, Suzanne Johnson, Dennis Dammerman, Robert B. Willumstad, re Joinder (Motion Related), Joinder (Motion Related), Joinder (Motion Related), Joinder (Motion Related) 9 *Outside Director Defendants Joinder To Defendant AIGs Ex Parte Application For Clarification Or Reconsideration, Or In The Alternative To Set A Scheduling Conference This Week* served on 04/13/2009. (Agam, Nathan) (Entered: 04/13/2009) |
| 04/14/2009 | 13 | ORDER by Judge A. Howard Matz granting Defendants time within which to answer or otherwise initially respond to the Complaint 5 is extended to 5/15/2009. Defendant AIG has represented that it intends to file a motion pursuant to the first-filed doctrine and 28 USC Section 1404 to dismiss, stay, or transfer this case to the Southern District of New York. Defendants' time to file motions pursuant to FRCP(b), including under Rules 12(b)(2) (lack of personal jurisdiction), 12(b)(6) (failure to state a claim) and 23.1 (failure to comply with the prerequisites and pleading requirements that govern derivative litigation), is extended to thirty days after entry of an order on the motion to dismiss, stay, or transfer. (jp) (Entered: 04/14/2009) |
| 05/15/2009 | 14 | NOTICE OF MOTION AND MOTION to Dismiss Case *or Stay or Transfer* filed by Defendants Louis P. Iglesias, Joseph Boren, Anastasia D. Kelly, American International Group, Edward M. Liddy, Paula R. Reynolds, Win J. Neuger, Edmund S.W. Tse. Motion set for hearing on 6/8/2009 at 10:00 AM before Judge A. Howard Matz. (Attachments: # 1 Declaration of Shon Morgan and Exhibits part 1, # 2 Exhibit Morgan Exhibits Part 2, # 3 Exhibit Morgan Exhibits part 3, # 4 Exhibit Morgan Exhibits part 4, # 5 Exhibit Morgan Exhibits part 5, # 6 Exhibit Morgan Exhibits part 6, # 7 Exhibit Morgan Exhibits part 7, # 8 Exhibit Morgan Exhibits part 8, # 9 Exhibit Morgan Exhibits part 9, # 10 Exhibit Morgan Exhibits part 10, # 11 Exhibit Morgan Exhibits part 11, # 12 Exhibit Morgan Exhibits part 12, # 13 Exhibit Morgan Exhibits part 13, # 14 Exhibit Morgan Exhibits part 14, # 15 Declaration of Timothy A. Greensfelder)(Morgan, Shon) (Entered: 05/15/2009) |
| 05/15/2009 | 15 | DISCLOSURE of FED.R. CIV. P. 7.1 re MOTION to Dismiss Case *or Stay or Transfer* 14 filed by Defendants Louis P. Iglesias, Joseph Boren, Anastasia D. Kelly, American International Group, Edward M. Liddy, Paula R. Reynolds, Win J. Neuger, Edmund S.W. Tse (Morgan, Shon) (Entered: 05/15/2009) |
| 05/15/2009 | 16 | L.R. 7.1-1 Certification of Interested Parties filed by Defendants Louis P. Iglesias, Joseph Boren, Anastasia D. Kelly, American International Group, Edward M. Liddy, Paula R. Reynolds, Win J. Neuger, Edmund S.W. Tse re: MOTION to Dismiss Case *or Stay or Transfer* 14 (Morgan, Shon) (Entered: 05/15/2009) |
| 05/15/2009 | 17 | Proof of Service filed by Defendants Louis P. Iglesias, Joseph Boren, Anastasia D. Kelly, American International Group, Edward M. Liddy, Paula R. Reynolds, Win J. Neuger, Edmund S.W. Tse re: Miscellaneous Document, 16 , Disclosure, 15 , MOTION to Dismiss Case *or Stay or Transfer* 14 (Morgan, |

| | | |
|---|---|---|
| | | Shon) (Entered: 05/15/2009) |
| 05/15/2009 | 18 | NOTICE OF MOTION AND MOTION for Joinder in MOTION to Dismiss Case *or Stay or Transfer* 14 filed by Defendant Martin J. Sullivan. Motion set for hearing on 6/8/2009 at 10:00 AM before Judge A. Howard Matz. (Kim, Hyongsoon) (Entered: 05/15/2009) |
| 05/18/2009 | 19 | Certificate of Interested Parties filed by Defendant Martin J. Sullivan, identifying American International Group, Inc.. (Kim, Hyongsoon) (Entered: 05/18/2009) |
| 05/27/2009 | 20 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents. The following error(s) was found: Missing Proposed Order attached to the MOTION to Dismiss *or Stay or Transfer* 14 ; The Proposed Order should be filed as an attachment to the e-filed "NOTICE OF LODING" and e-mailed to the generic chambers address the Proposed Order to Chambers. See General Order 08-02 for more information. In response to this notice the court may order (1) an amended or correct document to be filed (2) the document stricken or (3) take other action as the court deems appropriate. (jp) (Entered: 05/27/2009) |
| 05/27/2009 | 21 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents. The following error(s) was found: Incorrect event selected; should have been selected under Category "NOTICE" and Correct event to be used is "CERTIFICATE/NOTICE OF INTERESTED PARTIES" instead of Miscellaneous Document 16 event. In response to this notice the court may order (1) an amended or correct document to be filed (2) the document stricken or (3) take other action as the court deems appropriate. You need not take any action in response to this notice unless and until the court directs you to do so. (jp) (Entered: 05/27/2009) |
| 05/27/2009 | 22 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents. The following error(s) was found: Incorrect event selected; should have been selected under Category "SERVICE OF SUBSEQUENT DOCUMENT FILINGS" and Correct event to be used is "PROOF OF SERVICE" instead of Miscellaneous Document, 17 . In response to this notice the court may order (1) an amended or correct document to be filed (2) the document stricken or (3) take other action as the court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (jp) (Entered: 05/27/2009) |
| 05/27/2009 | 23 | NOTICE OF LODGING filed re MOTION to Dismiss Case *or Stay or Transfer* 14 (Attachments: # 1 Proposed Order Granting Motion to Transfer, Stay or Dismiss)(Morgan, Shon) (Entered: 05/27/2009) |
| 05/27/2009 | 24 | PROOF OF SERVICE filed by Defendants Louis P. Iglesias, Joseph Boren, Anastasia D. Kelly, Morris W. Offit, Michael Sutton, Richard C. Holbrooke, James Orr, III, Martin Feldstein, Virginia Rometty, Stephen Bollenbach, Suzanne Johnson, Dennis Dammerman, American International Group, Edward M. Liddy, Robert B. Willumstad, Paula R. Reynolds, Win J. Neuger, Edmund S.W. Tse, re Notice of Lodging 23 served on May 27, 2009. (Morgan, Shon) (Entered: 05/27/2009) |

| | | |
|---|---|---|
| 05/29/2009 | 25 | NOTICE filed by Defendants Louis P. Iglesias, Joseph Boren, Anastasia D. Kelly, Morris W. Offit, Michael Sutton, Richard C. Holbrooke, James Orr, III, Martin Feldstein, Virginia Rometty, Stephen Bollenbach, Suzanne Johnson, Dennis Dammerman, American International Group, Edward M. Liddy, Robert B. Willumstad, Paula R. Reynolds, Win J. Neuger, Edmund S.W. Tse. *OF PLAINTIFF'S FAILURE TO TIMELY OPPOSE MOTION TO TRANSFER, STAY OR DISMISS* (Morgan, Shon) (Entered: 05/29/2009) |
| 05/29/2009 | 26 | PROOF OF SERVICE filed by Defendants Louis P. Iglesias, Joseph Boren, Anastasia D. Kelly, Morris W. Offit, Michael Sutton, Richard C. Holbrooke, James Orr, III, Martin Feldstein, Virginia Rometty, Stephen Bollenbach, Suzanne Johnson, Dennis Dammerman, American International Group, Edward M. Liddy, Robert B. Willumstad, Paula R. Reynolds, Win J. Neuger, Edmund S.W. Tse, re Notice (Other), Notice (Other) 25 served on May 29, 2009. (Morgan, Shon) (Entered: 05/29/2009) |
| 06/01/2009 | 32 | NOTICE OF DISCREPANCY AND ORDER by Judge A. Howard Matz, ORDERING Application of Larry Klayman for Admission Pro Hac Vice, Proof of Service submitted by Plaintiff Jacqueline Williams received on 5/29/2009 is not to be filed but instead rejected. Denial based on: Pusuant to General Order 08-02, document is designated for electronic filing. (jp) (Entered: 06/03/2009) |
| 06/02/2009 | 27 | APPLICATION for attorney Joseph S. Allerhand to Appear Pro Hac Vice (PHV FEE NOT PAID.) filed by Defendants Louis P. Iglesias, Joseph Boren, Anastasia D. Kelly, American International Group, Edward M. Liddy, Paula R. Reynolds, Win J. Neuger, Edmund S.W. Tse. (Attachments: # 1 Proposed Order On Application of Non-Resident Attorney to Appear in a Specific Case) (Morgan, Shon) (Entered: 06/02/2009) |
| 06/02/2009 | 28 | APPLICATION for attorney Stephen A. Radin to Appear Pro Hac Vice (PHV FEE NOT PAID.) filed by Defendants Louis P. Iglesias, Joseph Boren, Anastasia D. Kelly, American International Group, Edward M. Liddy, Paula R. Reynolds, Win J. Neuger, Edmund S.W. Tse. (Attachments: # 1 Proposed Order On Application of Non-Resident Attorney to Appear in a Specific Case) (Morgan, Shon) (Entered: 06/02/2009) |
| 06/02/2009 | 29 | PROOF OF SERVICE filed by Defendants Louis P. Iglesias, Joseph Boren, Anastasia D. Kelly, American International Group, Edward M. Liddy, Paula R. Reynolds, Win J. Neuger, Edmund S.W. Tse, re APPLICATION for attorney Stephen A. Radin to Appear Pro Hac Vice (PHV FEE NOT PAID.) APPLICATION for attorney Stephen A. Radin to Appear Pro Hac Vice (PHV FEE NOT PAID.) 28 , APPLICATION for attorney Joseph S. Allerhand to Appear Pro Hac Vice (PHV FEE NOT PAID.) APPLICATION for attorney Joseph S. Allerhand to Appear Pro Hac Vice (PHV FEE NOT PAID.) 27 served on June 2, 2009. (Morgan, Shon) (Entered: 06/02/2009) |
| 06/03/2009 | 30 | ORDER by Judge A. Howard Matz: granting 27 Application to Appear Pro Hac Vice by Attorney Joseph S. Allerhand on behalf of defendants American International Group, Inc., Joseph Boren, Louis P. Iglesias, Anastasia D. Kelly, Edward M. Liddy, Win J. Neuger, Paula R. Reynolds, and Edmund S.W. Tse, designating Shon Morgon as local counsel. (se) (Entered: 06/03/2009) |

| | | |
|---|---|---|
| 06/03/2009 | 31 | ORDER by Judge A. Howard Matz granting Application to Appear Pro Hac Vice by Attorney Stephen A. Radin on behalf of Defendants, designating Shon Morgon as local counsel (PHV FEE PAID) 28 . (jp) (Entered: 06/03/2009) |
| 06/05/2009 | 33 | NOTICE OF MOTION AND MOTION for Leave of Larry Klayman to Appear for Special filed by plaintiff Jacqueline Williams. Motion set for hearing on 6/8/2009 at 10:00 AM before Judge A. Howard Matz. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Klayman, Larry) (Entered: 06/05/2009) |
| 06/05/2009 | 34 | OF SERVICE filed by plaintiff Jacqueline Williams, re MOTION for Leave of Larry Klayman to Appear for Special 33 served on 06/05/09. (Klayman, Larry) (Entered: 06/05/2009) |
| 06/05/2009 | 35 | ORDER by Judge A. Howard Matz GRANTING Motion to Transfer, Stay or Dismiss 14 . Pursuant to 28 USC section 1404(a), this action is TRANSFERRED to consolidation with the prior filed similar action in the USDC, Southern District of New York, including the consolidated actions captioned: In re Int'l Group, Inc., 2007 Deriv. Litig. Lead Case No. 07 CV 10464 (LTS); In re Am. Int'l Group, Inc., ERISA Litig II, Master File No. 08 CV 5722 (LTS); and In re Am. Int'l Group, Inc., Sec. Litig., Master File No. 08 CV 4772 (LTS). No hearing is necessary FRCP 78. Certified copies of Order, Complaint, Amended Complaint with Civil Docket Sheet send to USDC, Southern District of New on 6/8/2009). (MD JS-6 Case Terminated). (Attachments: # 1 CV-22 Transmittal Letter - Civil Case Transfer Out) (jp) (Entered: 06/08/2009) |
| 06/08/2009 | | TRANSMITTAL of documents - mailed certified copy of Order, Complaint, Amended Complaint with Civil Docket Sheet, Three (30 Certifications of Interested Parties, FRCP 7.1 Disclosure Statement are enclosed in paper format send to USDC, Southern District of New York at White Plains on 6/8/2009. (jp) (Entered: 06/08/2009) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/08/2009 11:46:02 | | | |
| PACER Login: | us3877 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:09-cv-02108-AHM-RC End date: 6/8/2009 |
| Billable Pages: | 9 | Cost: | 0.72 |